IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

| | | |
|---|---|---|
| NIKKI THOMPSON, | ) | Case No. 4:10CV00012 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| CITY OF DANVILLE, VIRGINIA, ET AL., | ) | |
| | ) | By: Jackson L. Kiser |
| Defendants. | ) | Senior United States District Judge |
| | ) | |

Before me are Defendants' Motion for Summary Judgment (ECF No. 24) and Motion for Summary Judgment Order to be Entered (ECF No. 26). Plaintiff filed a Response Brief (ECF No. 27) to the former motion, but not the latter. Defendants filed their Reply Brief (ECF No. 30) to Plaintiff's Response on May 2, 2011 and I heard oral argument on May 23, 2011. The matter is now ripe for review. For the reasons discussed in the accompanying Memorandum Opinion, I hereby **GRANT** Defendants' Motion for Summary Judgment and **GRANT** Defendants' Motion for Summary Judgment Order to be Entered. The clerk is directed to **DISMISS** this case from the docket of this Court.

The clerk is directed to send a copy of the Order and accompanying Memorandum Opinion to all counsel of record.

Entered this 3rd day of June, 2011.

s/Jackson L. Kiser
Senior United States District Judge